**FILED**
SEP 2 1 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| v. § | MAGISTRATE NO.: SA-11-819M |
| § | |
| LUIS MORENO § | |
| § | |
| Defendant. § | |

## GOVERNMENT'S MOTION TO SEAL
## CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT

Comes now the United States of America, by and through its undersigned Assistant United States Attorney, and hereby moves the Court for an order sealing the Criminal Complaint and Supporting Affidavit in the above-numbered and entitled cause until further order of this Court.

Wherefore, premises considered, it is respectfully requested that the Court enter an Order sealing said Criminal Complaint and Supporting Affidavit.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

By: /s/
TRACY THOMPSON
Assistant United States Attorney
Minnesota SBN: 24143X
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7150 /Fax: (210) 384-7135