**SEALED**

FILED

SEP 2 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § | |
| v. | § | MAGISTRATE NO.: SA-11-819M |
| LUIS MORENO | § § § | |
| Defendant. | § § | |

## ORDER

On this day came on to be considered the Government's Motion to Seal Criminal Complaint and Supporting Affidavit, and the Court is of the opinion that said Motion should be Granted;

It is therefore ORDERED that the Criminal Complaint and Supporting Affidavit herein shall be sealed until further order of the Court.

SIGNED and ENTERED this 21st day of September, 2011.

JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE